# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TREVOR WESTERMANN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-347-G |
| | ) |
| **SURVIVAL FLIGHT, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The docket in this matter reflects that one of the attorneys representing Defendant Survival Flight, Inc. is Robert Bragalone, whose office is located in Dallas, Texas. As Mr. Bragalone is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Bragalone shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.). All counsel are additionally required to file an entry of appearance pursuant to Local Civil Rule 83.4.

IT IS SO ORDERED this 5th day of October, 2021.

CHARLES B. GOODWIN
United States District Judge